UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62574-Civ-COOKE/HUNT

NAGLREITER CONSULTING, LLC,
d/b/a NAGLREITER MDDO,

    Plaintiff,

vs.

TITAN MEDICAL INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs. *See* Stipulation of Dismissal with Prejudice, ECF No. 61. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* all pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 15th day of June 2020.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*